UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>C. ANGULO; T. RAYBON; J. BERNAL,<br><br>　　　　　　　　　　　Defendants. | Case No.: 18cv850 DMS (LL)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) GRANTING DEFENDANTS' MOTION TO DISMISS** |

　　　This matter comes before the Court on Defendants' motion to dismiss Plaintiff's First Amended Complaint. Plaintiff filed an opposition to the motion. Defendants did not file a reply. Pursuant to 28 U.S.C. § 636(b)(1)(B) and Civil Local Rule 72.3, the motion was referred to a United States Magistrate Judge for a Report and Recommendation ("Report"). On June 27, 2019, Magistrate Judge Linda Lopez issued her Report, recommending that the Court grant Defendants' motion. Plaintiff filed an objection to the Report. Defendants did not file a reply.

　　　This Court, having reviewed *de novo* the Magistrate Judge's Report, and Plaintiff's objections thereto, adopts the Magistrate Judge's recommendation in full. Accordingly,

/ / /

/ / /

/ / /

1  Defendants' motion to dismiss is granted, and Plaintiff's First Amended Complaint is
2  dismissed with prejudice and without further leave to amend.
3  **IT IS SO ORDERED**.
4  Dated: October 17, 2019

Hon. Dana M. Sabraw
United States District Judge