UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>                                    Plaintiff,<br><br>v.<br><br>C. ANGULO, et al.,<br><br>                                    Defendants. | Case No.:  18cv850-DMS-LL<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE** |

On March 13, 2020, the Court set a Mandatory Settlement Conference ("MSC") in the above captioned case for February 18, 2021 at 1:30 p.m. ECF No. 37. In light of public health concerns and pursuant to Chief Judge Order No. 60, the Court hereby **CONVERTS** the MSC to video conference proceedings hosted through the Zoom platform (applicable to Defendants only).  As set forth in Court's March 13, 2020 Order, Plaintiff shall appear telephonically and Defendants shall make all necessary arrangements to ensure Plaintiff's timely telephonic participation. Id. at 5.

1.      To facilitate the video conference format of the MSC for Defendants, the Court orders the following:

a.      The Court will use its official Zoom video conferencing account to hold the settlement conference. The Zoom software is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app (Zoom Cloud Meetings).[1] Joining a Zoom conference does not require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the settlement conference.[2] There is a cost-free option for creating a Zoom account.

b.      Prior to the start of the settlement conference, the Court will email each participant an invitation to join a Zoom video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the settlement conference begins.

c.      Each participant should plan to join the Zoom video conference **at least five minutes before** the start of the settlement conference to ensure that the settlement conference begins promptly at **1:30 p.m. The Zoom email invitation may indicate an earlier start time, but the conference will begin at the Court-scheduled time.**

d.      The Court will begin the settlement conference with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout

---

[1] Participants should use a device with a camera to fully participate in the video conference. If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices may offer inferior performance.

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started .

18cv850-DMS-LL

Rooms.[3] In a Breakout Room, the Court will be able to communicate privately with participants from a single party. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

> e.     No later than **February 9, 2021**, counsel for Defendants shall send a participants statement to the Court at efile_Lopez@casd.uscourts.gov.[4] The statement must contain the following:

> > i.     The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured parties, and the principal attorney(s) responsible for the litigation;

> > ii.    An **email address for each participant** to receive the Zoom video conference invitation;

> > iii.   A **single telephone number where all participants for that party** may be reached so that if technical difficulties arise, the Court will be able to proceed telephonically instead of by video conference. Counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached.

> f.     All participants shall display the same level of professionalism during the settlement conference and be prepared to devote their full attention to the settlement conference as if they were attending in person. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that their device is plugged in or that a charging cable is readily available during the video conference. Participants

---

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646.

[4] The participants' information may be included as part of the confidential ENE statement.

should also participate in the conference in a location that allows for privacy and does not contain background noise that will disrupt the conference.

All other deadlines and requirements remain as set. See ECF No. 37.

**IT IS SO ORDERED**.

Dated:  February 5, 2021

_____

Honorable Linda Lopez
United States Magistrate Judge

4