IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY RONNELL PERKINS,**<br><br>Plaintiff,<br><br>v.<br><br>**C. ANGULO, et al.,**<br><br>Defendants. | Case No. 3:18-CV-00850-DMS-LL<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' EX PARTE APPLICATION TO VACATE THE SCHEDULING ORDER PENDING A RULING ON THE PARTIES' MOTION FOR SUMMARY JUDGMENT** |

Defendants have filed an ex parte application to vacate the remaining dates of the Court's scheduling order, (ECF No. 37), pending a ruling on the parties' summary judgment motions (ECF Nos. 58, 70). In light of Chief Judge Order No. 62, which continues civil jury trials until on or after June 1, 2021, the Court grants the motion to vacate the trial date. However, the Court declines to vacate the remaining dates and deadlines. Instead, the Court finds good cause to extend those dates as follows:

1. The Memorandum of Contentions of Fact and Law shall be filed on or before **May 5, 2021**.
2. Pretrial disclosures are due on or before **May 5, 2021**.
3. The Local Rule 16.1 meet-and-confer deadline is **May 12, 2021**.
4. The deadline to exchange the proposed pretrial order is **May 19, 2021**.

1

5.  The deadline to lodge the proposed pretrial order and objections to Rule 26 disclosures is **May 26, 2021**.

6.  The pretrial conference shall be held on **June 4, 2021**, at **10:30 a.m.**

Dated:  March 4, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court