UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY RONNELL PERKINS,<br><br>         Plaintiff,<br><br>v.<br><br>C. ANGULO, et al.,<br><br>         Defendants. | Case No.: 18cv850-DMS-LL<br><br>**ORDER SETTING FOLLOW-UP TELEPHONIC SETTLEMENT CONFERENCE** |

  In light of the Court's Order on the Parties' Motions for Summary Judgment [ECF No. 84], the Court finds it appropriate to set a follow-up telephonic settlement conference for **April 21, 2021** at **10:00 a.m.** Plaintiff and counsel for Defendants are required to participate. Defendants' participation is optional. All required participants shall use the dial-in information that will be filed by the Court as a separate notice on the docket. **The notice will be restricted to case participants only.**

  Defendants' counsel shall make all necessary arrangements to ensure Plaintiff's timely telephonic participation

  **IT IS SO ORDERED.**

1 | Dated: March 12, 2021
2
3 | Honorable Linda Lopez
4 | United States Magistrate Judge