IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY RONNELL PERKINS,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. ANGULO, et al.,**<br><br>　　　　　　　　　　Defendants. | Case No. 3:18-CV-00850-DMS-LL<br><br>**ORDER ON THE PARTIES' MOTIONS IN LIMINE** |

　　This case came on for hearing on August 13, 2021, on the parties' motions in limine. Plaintiff appeared on his own behalf, and Terrence Sheehy appeared for Defendants. After hearing argument from Plaintiff and Defendants' Counsel, IT IS HEREBY ORDERED:

1. Plaintiff's motion in limine to exclude and prevent the introduction of evidence of criminal history to impeach is granted in part and denied in part. Specifically, Defendants shall be allowed to use Plaintiff's prior robbery conviction, but it shall be sanitized, as explained at the hearing. Plaintiff's motion in limine objecting to Defendants' Exhibits is also granted in part and denied in part. Specifically, Defendants shall redact from Exhibit A any reference to Plaintiff's criminal history.

1 | With those redactions, the Exhibit is admissible. Plaintiff's motion to Exclude
2 | Exhibits C, G, and J is denied.
3 | 2.    Defendants' motion in limine to have Plaintiff shackled is denied.
4 | Dated: August 16, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court